FILED: 6/2/11
JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kary L. Golden, ) | CASE NO. CV 11-1030-GHK (VBKx) |
|       Plaintiff, ) | |
|       v. ) | JUDGMENT |
| Aurora Loan Services LLC, et al., ) | |
|       Defendants. ) | |

    Based on the Court's June 2, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Kary L. Golden ("Plaintiff") against Defendants Aurora Loan Services LLC, Mortgage Electronic Registration Systems, Inc., and Quality Loan Service Corporation (sued as Quality Loan Services LLC) are **DISMISSED with prejudice**. Plaintiff shall take nothing by this action.

    **IT IS SO ORDERED**.

DATED: June 2, 2011

_____
GEORGE H. KING
United States District Judge